■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA FLINT, Also Known as PATRICIA M. FLINT, Appellant. [933 NYS2d 630]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC GRAHAM, Appellant. [932 NYS2d 400]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. NICOMETO, Also Known as MICHAEL NICOMETO, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.